```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04312
  EZEQUIEL E VALADEZ
  MARIA E VALADEZ                           CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
            Debtor
     SSN XXX-XX-6208     SSN XXX-XX-2531

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/12/07 and confirmed on 06/29/07.

     2.  The case was dismissed after confirmation, 01/09/2009.

     3.  The Debtor paid a total of $  25768.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG     21247.54         .00        21247.54
WASHINGTON MUTUAL BANK    MORTGAGE ARRE     26568.93         .00            .00
CERTIFIED SERVICES INC    UNSECURED           357.35         .00            .00
FAMILY DOCTORS OF ROUND   UNSECURED         NOT FILED        .00            .00
CERTIFIED SERVICES INC    UNSECURED           203.40         .00            .00
HSBC                      UNSECURED         NOT FILED        .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED    OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED 47816.47       .00      560.75       .00     48377.22
PRINCIPAL PAID     21247.54       .00         .00       .00     21247.54
INTEREST PAID           .00       .00         .00       .00          .00
TOTAL PAID         21247.54       .00         .00       .00     21247.54
The Debtor's attorney, MELVIN J KAPLAN               , was allowed $   3000.00
and was paid $     497.28 .

The Trustee received $   1023.18 .

Refunds to the Debtor totaled $    3000.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/09                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 04312 EZEQUIEL E VALADEZ & MARIA E VALADEZ
```